12-2633
Washington v
Shelby County, TN et al

12-2633
Washington v,
Shelby County TN et al

**SAMUEL H. MAYS, JR.**

**DIANE K. VESCOVO**