UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

TERRY WASHINGTON,

      Plaintiff,

v.                                                                                  No.: 12-2633 SHM-dkv

SHELBY COUNTY, TENNESSEE;                            **JURY DEMANDED**
CORRECT CARE SOLUTIONS, LLC;
JAMES COLEMAN, and RAMIKA JONES,

      Defendants.

---

### NOTICE OF APPEARANCE

---

Notice is hereby given that the following attorney hereby enters this Notice of Appearance on behalf of Defendants, Shelby County, Tennessee and James Coleman:

    Henry L. Klein, Tenn. Disc. No. 8856
    Apperson Crump PLC
    6070 Poplar Avenue, Suite 600
    Memphis, TN 38119-3954

                                      Respectfully submitted,

                                      APPERSON CRUMP PLC

                                      BY: s/ Henry L. Klein
                                      Henry L. Klein, No. 8856
                                      6070 Poplar Avenue, Suite 600
                                      Memphis, TN 38119
                                      Tel: (901) 756-6300
                                      Fax: (901) 757-1296
                                      Email: hklein@appersoncrump.com
                                      *Attorneys for Defendant Shelby*
                                      *County, Tennessee and James*
                                      *Coleman*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by electronic means via the Court's electronic filing systems on W. Bryan Smith, Attorney for Plaintiff, 2600 One Commerce Square, Memphis, Tennessee 38103 on this 23rd day of July, 2012.

s/ Henry L. Klein
Henry L. Klein